## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 14-742 JFW (MRW) | Date | April 24, 2014 |
|---|---|---|---|
| Title | Stewart v. Fox | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| n/a | | n/a |

**Proceedings:**     (IN CHAMBERS) ORDER TO SHOW CAUSE

The government moves to dismiss this federal habeas action as moot. (Docket # 8.) Petitioner Stewart originally filed the action in response to an adverse prison disciplinary action and the forfeiture of good time credit. The government informs the Court that the incident report has been "expunged" – that is, the disciplinary charge was dismissed, and Stewart's good time credit restored – after the filing of the habeas action.

The government contends that the action should be dismissed because Stewart received the relief he originally sought. Petitioner is entitled to be heard on this, and should have the opportunity to voluntarily dismiss the action if he agrees that he has won his case.

Therefore, IT IS ORDERED that Petitioner will file a statement by or before May 19, 2014, either: (a) voluntarily dismissing the action; or (b) responding to the merits of the government's dismissal motion.