JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD STEWART, | Case No. CV14-742 JFW (MRW) |
| Petitioner, | |
| vs. | JUDGMENT |
| JACK FOX, Warden, | |
| Respondent. | |

Pursuant to this Court's Order,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATE: July 14, 2014

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE